UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CEFERINO CAMPOS,

Plaintiff,

vs.                                                   Case No.: 11-20758-CIV-UNGARO

NELSON, WATSON & ASSOCIATES,
LLC., et al,

Defendants.
_____/

**NOTICE OF SETTLEMENT**

  Plaintiff, CEFERINO CAMPOS, (hereinafter referred to as "Plaintiff"), through undersigned counsel, hereby notifies the Court that a settlement has been reached in the instant matter.

Dated: April 8, 2011        Respectfully submitted,

                /s Andrew I. Glenn_____
                Andrew I. Glenn
                E-mail: Andrew@cardandglenn.com
                Florida Bar No. 577261
                J. Dennis Card, Jr.
                E-mail: Dennis@cardandglenn.com
                Florida Bar No. 0487473
                Card & Glenn, P.A.
                2501 Hollywood Boulevard, Suite 405
                Hollywood, Florida 33020
                Telephone: (954) 921-9994
                Facsimile: (954) 921-9553
                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 8, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s Andrew I. Glenn_____
Andrew I. Glenn

## SERVICE LIST

Jennifer Kirby, Esq.
Email: jkirby@sdtlawyers.com
Surdyk, Dowd & Turner Co., L.P.A.
1 Prestige Place, Suite 700
Miamisburg, Ohio  45342
Telephone: 937-222-2333
Fax: 937-222-1970
Served via E-Mail
Counsel for Defendant